Leslie K. **WEAVER**; Karla T. **Podlech,** Plaintiffs–Appellants,

v.

**CITY OF SHADY COVE,** a political subdivision of the State of Oregon; **Robert T. Anderson; James Johnson; George Bostic,** Defendants–Appellees.

No. 03–35476.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 4, 2004.

Decided Dec. 1, 2004.

Thad M. Guyer, Esq., T.M. Guyer & Friends, Medford, OR, for Plaintiffs–Appellants.

Bruce L. Mowery, Esq., Salem, OR, for Defendants–Appellees.

Before: TROTT and KLEINFELD, Circuit Judges, and POLLAK,\* District Judge.

MEMORANDUM \*\*

Weaver and Podlech have pointed to no authority showing that any of the conduct to which they object violates the First Amendment, and the Title VII "hostile environment" cases to which they cite are not analogous and do not support their claim.[1] In addition, the district court's

---

1. *See Etalook v. Exxon Pipeline Co.,* 831 F.2d 1440, 1447 (9th Cir.1987) (affirming summary judgment because appellant's novel argument was unsupported); *Shell Oil Co. v. Train,* 585 F.2d 408, 413 (9th Cir.1978) (rejecting appellant's novel theory as unsupported by any authority).

grant of qualified immunity to the defendant officials was appropriate since the officials violated no clearly-established rights.[2]

AFFIRMED.

---

**2.** *Saucier v. Katz,* 533 U.S. 194, 201–02, 121 S.Ct. 2151, 150 L.Ed.2d 272 (2001).

